UNITED STATES DISTRICT COURT
SOUTHERNDISTRICT OF FLORIDA
MIAMIDIVISION
Case No.: 18-cv-23613-KMW

GUILLERMO SANTANA,   )
            )
       Plaintiff(s),   )
            )
v.   )
            )
STARWOOD HOTELS & RESORTS   )
WORLDWIDE, INC. d/b/a The St Regis Bal   )
Harbour Resort; LUXURY ELITE   )
CONCEPTS LLC  (*et al.*),   )
            )
       Defendant(s).   )
            )

## STATEMENT OF CLAIM

The Plaintiff, GUILLERMO SANTANA ("Plaintiff"), hereby files the instant Statement of Claim pursuant to this Court's Order (D.E. # 8) and states as follows:

1. **Amount of unpaid wages:** The estimated amount of unpaid wages in this case is $280,000.  The total amount of unpaid wages is exclusive of court costs and reasonable attorney's fees.

2. **Calculation of unpaid wages:**  Prior to the completion of discovery and to the best of Plaintiff's knowledge, at the time of the filing this Statement of Claim, Plaintiff's good faith estimate of unpaid wages is as follows:

3. **Nature of Wages Owed:**

a. **Actual Damages: $140,400**

    i.    **Minimum Wages**: undetermined at this time. Plaintiff will amend this portion of the complaint or in a statement of claim what his estimated minimum wages are once Luxury provided time records for Plaintiff.

    ii.    **Overtime**: $ 18.00 (hourly pay) x 1.5 (overtime rate) x 40 (approximate number of overtime hours) x 130 (compensable weeks) = $140,400.

    iii.    **Liquidated Damages:** $140,400.

b.  **Total Damages: $280,800** plus reasonable attorneys' fees and costs of suit.

☐ Overtime Wages

☐ Minimum Wages

☒ Both

4.    **Attorney's Fees:**

| Rate | Hours Worked | Fees Incurred |
|---|---|---|
| $400.00 per hour | 6.2 hours | $2,480.00 |

5.    **Total Damages:** $ plus reasonable attorneys' fees and costs of suit.

Respectfully submitted,

**s/Brandon Gibson**
Brandon Gibson (FBN: 0099411)
E-mail:bgibson@saenzanderson.com
SAENZ & ANDERSON, PLLC
20900 NE 30th Avenue, Ste. 800
Aventura, Florida  33180
Telephone: (305) 503-5131
Facsimile: (888) 270-5549
*Counsel for Plaintiff(s)*

18-cv-23613-KMW

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ **Brandon Gibson**

## SERVICE LIST

**GUILLERMO SANTANA v. STARWOOD HOTELS & RESORTS WORLDWIDE, INC.
d/b/a The St Regis Bal Harbour Resort; LUXURY ELITE CONCEPTS LLC**
Case No.18-cv-23613-KMW
**United States District Court, SOUTHERN District of Florida**

R. Martin Saenz
E-Mail: msaenz@saenzanderson.com
Brandon Gibson
E-Mail:bgibson@saenzanderson.com
SAENZ & ANDERSON, PLLC
20900 N.E. 30th Avenue, Suite 800
Aventura, Florida  33180
Telephone: (305) 503-5131
Facsimile: (888) 270-5549
*Counsel for Plaintiff(s)*