UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 18-cv-23651

DORA MARTINEZ,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　Plaintiff(s),　　　　　　　)
　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
1236 OCEAN DRIVE LLC d/b/a Hotel　　)
Ocean, Inc.; IL GIARDINO, LLC (*et al.*),　)
　　　　　　　　　　　　　　　　　　)
　　　　　Defendant(s).　　　　　　　)
　　　　　　　　　　　　　　　　　　)
_____　)

## AMENDED STATEMENT OF CLAIM

The Plaintiff, DORA MARTINEZ ("Plaintiff"), hereby files the instant Amended Statement of Claim pursuant to this Court's Orders (D.E. # 4 and 14) and states as follows:

1. **Amount of unpaid wages:** The estimated amount of unpaid wages in this case is $15,200. The total amount of unpaid wages is exclusive of court costs and reasonable attorney's fees.

2. **Calculation of unpaid wages:** Prior to the completion of discovery and to the best of Plaintiff's knowledge, at the time of the filing this Statement of Claim, Plaintiff's good faith estimate of unpaid wages is as follows:

   a. **Actual Damages: $7,600**

      i. Calculation: $14 (hourly pay) x .5 (overtime rate) x 20 (approximate number of overtime hours) x 54 (compensable weeks) = $7,600

   b. **Liquidated Damages:** $7,600

  c. **Total Damages: $15,200** plus reasonable attorneys' fees and costs of suit.

3. **Nature of Wages Owed:**

  ☒ Overtime Wages

  ☐ Minimum Wages

  ☐ Both

4. **Attorney's Fees:**

| Date | Activity | Rate | Duration | Fees Incurred |
|---|---|---|---|---|
| 26-Sep-18 | Draft Statement of Claim | $400.00 per hour | 0.40 | $ 160.00 |
| 14-Sep-18 | Correspond with process server re: service of process | $400.00 per hour | 0.10 | $ 40.00 |
| 14-Sep-18 | Research service address | $400.00 per hour | 0.10 | $ 40.00 |
| 13-Sep-18 | Review case complaint and case file | $400.00 per hour | 0.30 | $ 120.00 |
| 6-Sep-18 | Review, revise, edit and file complaint | $400.00 per hour | 0.80 | $ 320.00 |
| 6-Sep-18 | Receive, review and respond email from RMS re: complaint | $400.00 per hour | 0.10 | $ 40.00 |
| 6-Sep-18 | Receive, review and respond email from IA re: complaint status | $400.00 per hour | 0.10 | $ 40.00 |
| 17-Aug-18 | Receive and Review contract signed by client | $400.00 per hour | 0.10 | $ 40.00 |
| 17-Aug-18 | Receive and Review email from RMS re: contract signed | $400.00 per hour | 0.10 | $ 40.00 |
| 14-Aug-18 | Edit draft of complaint | $400.00 per hour | 1.00 | $ 400.00 |

5. **Total Damages:** $15,200 plus reasonable attorneys' fees and costs of suit.

Case No.: 18-cv-23651

Respectfully submitted,

**s/Brandon Gibson**
Brandon Gibson (FBN: 0099411)
E-mail:bgibson@saenzanderson.com
SAENZ & ANDERSON, PLLC
20900 NE 30th Avenue, Ste. 800
Aventura, Florida  33180
Telephone: (305) 503-5131
Facsimile: (888) 270-5549
*Counsel for Plaintiff(s)*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: **s/ Brandon Gibson**

Case No.: 18-cv-23651

## SERVICE LIST

**DORA MARTINEZ v. 1236 OCEAN DRIVE LLC d/b/a Hotel Ocean, Inc.; IL GIARDINO, LLC**
Case No.18-cv-23651
**United States District Court, SOUTHERN District of Florida**

R. Martin Saenz
E-Mail:msaenz@saenzanderson.com
Brandon Gibson
E-Mail:bgibson@saenzanderson.com
SAENZ & ANDERSON, PLLC
20900 N.E. 30th Avenue, Suite 800
Aventura, Florida  33180
Telephone: (305) 503-5131
Facsimile: (888) 270-5549
*Counsel for Plaintiff(s)*

Steven M. Davis
E-mail: Sdavis@beckerlawyers.com
Becker & Poliakoff, P.A
121 Alhambra Plaza, 10th Floor
Coral Gables, FL  33134
Telephone: (305) 262-4433
Attorneys for Defendant 1236 Ocean Drive