UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 18-23651-CIV-MORENO

DORA MARTINEZ, and all others similarly situated,

      Plaintiff,

vs.

1236 OCEAN DRIVE LLC d/b/a Hotel Ocean, Inc., IL GIARDINO, LLC, and IMAN DUZ,

      Defendants.
_____/

## ORDER STRIKING STATEMENT OF CLAIM AS FILED AND REQUIRING THE CORRECT PLAINTIFF'S STATEMENT OF CLAIM

THIS CAUSE came before the Court upon Plaintiff Guillermo Santana's Statement of Claim **(D.E. 10)**, filed on **September 26, 2018**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that Plaintiff Guillermo Santana's Statement of Claim (D.E. 10) is STRIKEN in view of the fact that it was filed in the wrong case. Accordingly, it is further

**ADJUDGED** that Plaintiff Dora Martinez is directed to file a new statement of claim, including the exact dates and hours worked, by **October 19, 2018**. Failure to do so will result in dismissal.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ of October 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record